**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**ADIDAS AG and ADIDAS AMERICA, INC.,**

        **Plaintiffs,**

-vs-                                             Case No. 6:09-cv-1109-Orl-31GJK

**KEN BERRIOS, individually and d/b/a Sportstar1.com; BEANIE FORTUNE, individually and a/k/a Danie Fortune d/b/a World of Soccer; BENJAMIN SENATUS, individually d/b/a World of Soccer; JOHN DOE individually d/b/a World of Soccer d/b/a Soccer Mart, JOSSEF DAHARI, individually d/b/a Sport Star,**

        **Defendants.**
_____

# ORDER

This cause comes before the Court on Motion for Default Judgment (Doc. No. 39) filed November 2, 2009.

On February 4, 2010, the United States Magistrate Judge issued a report (Doc. No. 46) recommending that the motion be granted as to Defendants' Ken Berrios, individually and doing business as Sportstar1.com and Defendant Jossef Dahari, individually and doing business as Sports Star (collectively herein as Defendants). No objections have been filed. Therefore, it is **ORDERED** as follows:

    1.    The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

    2.    The Motion for Default judgment is granted as to Defendants.

3. Defendants, and all their agents, officers, employees, representatives, successors, assigns, attorneys, and all other persons acting for, with, by through, or under authority from them, or in concert or participation with them, and each of them, are permanently enjoined and restrained from:

    a. manufacturing, selling, offering for sale, advertising, promoting, distributing, or displaying the infringing apparel;

    b. manufacturing, selling, offering for sale, advertising, promoting, distributing or displaying any other apparel bearing the Three-Stripe Mark or any other confusingly similar imitation of Adidas AG and Adidas America, Inc's Three Stripe Mark, including without limitation any apparel having a design, mark, or feature that consists of: 1) the Three-Stripe Mark (in a similar position, size and spacing as depicted in the Three-Stripe Registrations) with one additional stripe; or 2) the Three-Stripe Mark (in a similar position, size and spacing as depicted in the Three-Stripe Registrations) less one of the three stripes;

4. Defendants shall provide to counsel for Plaintiffs an accounting of all profits from the sales of the infringing apparel as defined in the Complaint and above within ten (10) days from the date of service of this order.

5. Plaintiffs' attorney's fees shall be determined at the conclusion of the litigation.

6. In all other respects the motion is **DENIED**.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on 24th day of February, 2010.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE